IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS SALAZAR,<br><br>        Plaintiff,<br><br>    v.<br><br>FIRST AMERICAN TRUSTEE SERVICING<br>SOLUTIONS, LLC; and WELLS FARGO BANK,<br>N.A.,<br><br>        Defendants.<br>_____/ | No. C 11-03143 CW<br><br>ORDER CONCERNING<br>PLAINTIFF'S<br>RESPONSES TO<br>WELLS FARGO'S<br>MOTIONS |

On July 1, 2011, Defendant Wells Fargo Bank, N.A., moved to dismiss Plaintiff Carlos Salazar's claims and expunge a lis pendens notice that he recorded. Plaintiff's responses to Wells Fargo's motions were due July 15, 2011. Civ. L.R. 7-3(a). No response was received.

Within seven days of the date of this Order, Plaintiff shall respond to Wells Fargo's motions. Wells Fargo shall reply seven days after Plaintiff's responses are filed. Wells Fargo's motions will be decided on the papers.

Plaintiff's failure to comply with this Order will result in the dismissal of his claims against Wells Fargo for failure to prosecute.

IT IS SO ORDERED.

Dated: 7/19/2011

CLAUDIA WILKEN
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

SALAZAR et al,

        Plaintiff,

v.

FIRST AMERICAN TRUSTEE SERVICING SOLUTIONS, LLC et al,

        Defendant.

Case Number: CV11-03143 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 19, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Carlos Salazar
1622 Bissell Avenue
Richmond, CA 94801

Dated: July 19, 2011

        Richard W. Wieking, Clerk
        By: Nikki Riley, Deputy Clerk

2