IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS SALAZAR,<br><br>      Plaintiff,<br><br>  v.<br><br>FIRST AMERICAN TRUSTEE SERVICING SOLUTIONS, LLC; and WELLS FARGO BANK, N.A.,<br><br>      Defendants.<br>_____/ | No. C 11-03143 CW<br><br>ORDER DISMISSING PLAINTIFF'S CLAIMS AGAINST FIRST AMERICAN AND DENYING AS MOOT FIRST AMERICAN'S MOTION TO DISMISS (Docket No. 15) |

On July 22, 2011, Defendant First American Trustee Servicing Solutions, LLC, moved to dismiss Plaintiff Carlos Salazar's claims. Plaintiff's response to First American's motion was due August 5, 2011. Civ. L.R. 7-3(a). In its Order dismissing his claims against Wells Fargo Bank, the Court warned Plaintiff that his failure to respond to First American's motion would result in the dismissal of his claims. No response was received.

Accordingly, Plaintiff's claims against First American are dismissed without prejudice for failure to prosecute. First American's motion to dismiss is DENIED as moot. (Docket No. 15.)

Plaintiff does not have any claims remaining in this action. The Clerk shall close the file.

IT IS SO ORDERED.

Dated: 8/9/2011

                              CLAUDIA WILKEN
                              United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

SALAZAR et al,

    Plaintiff,

v.

FIRST AMERICAN TRUSTEE SERVICING SOLUTIONS, LLC et al,

    Defendant.

Case Number: CV11-03143 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 9, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Carlos Salazar
1622 Bissell Avenue
Richmond, CA 94801

Dated: August 9, 2011

Richard W. Wieking, Clerk
By: Nikki Riley, Deputy Clerk

2